UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

IN RE ATTORNEY ADMISSION )
) Misc. No. 2:24-mc-134
)
)

## DECLARATION OF ANGEL FLEMING

Angel Fleming, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a Trial Attorney with the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section. I make this Declaration based on personal knowledge.

2. My contact information is as follows:

   My physical office address is 450 5th St., NW, Washington, DC 20530.

   My office mailing address is:

   United States Department of Justice
   Civil Division
   Office of Immigration Litigation
   District Court Section
   P.O. Box 868
   Ben Franklin Station
   Washington, DC 20044

   My telephone number is: (202) 598-7431

   My email address is: angel.fleming@usdoj.gov

3. I am admitted to practice in the following federal courts: Southern District of Florida, Southern District of Texas.

4. I graduated from University of Miami School of Law in May 1996. I have been licensed to practice law, and have practiced law, since October 1996. I have been employed as a Trial Attorney with the U.S. Department of Justice, Office of Immigration Litigation since June

1

2024. Prior to that, I was employed as an Assistant Chief Counsel for the Department of Homeland Security, Immigration and Customs Enforcement. I have litigated numerous cases in federal courts and immigration courts involving the Immigration and Nationality Act, the Administrative Procedure Act, and other laws.

5. I am a member in good standing of the Florida Bar.

6. I have never been subject to any disciplinary proceedings in any jurisdiction. I have not been denied admission to, been disciplined by, resigned from, surrendered my license to practice before, or withdrawn an application for admission to practice before this Court or any other court while facing a disciplinary complaint.

7. I am familiar with Federal Rules of Civil Procedure and have fully reviewed the Local Rules of the United States District Court for the District of Vermont and the Vermont Rules of Professional Conduct.

8. I plan to register to use CM/ECF in the District of Vermont. I am currently registered to use the CM/ECF system of the United States District Courts in the Southern and Middle Districts of Florida and the Southern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Miami, Florida on July 30, 2024.

Angel Fleming
Trial Attorney
U.S. Department of Justice Civil Division